Petition for Writ of Mandamus Denied and Memorandum Opinion filed April
26, 2007








 

Petition
for Writ of Mandamus Denied and Memorandum Opinion filed April 26, 2007.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00079-CV

____________

 

IN RE ANDRES LOPEZ, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R
A N D U M   O P I N I O N

On
January 31, 2007, relator filed a petition for writ of mandamus
in this court.  See Tex. Gov=t Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. P. 52.  In the petition,
relator asked this court to compel the Honorable Judy Warne, presiding judge of
the 257th District Court of Harris County, (1) to vacate the temporary orders
issued on January 5, 2007, and (2) to set aside the orders denying relator=s plea in abatement and plea to the
jurisdiction, and the order overruling relator=s objections to entry of temporary
orders, all signed on January 5, 2007. 

Relator
has not established he is entitled to mandamus relief.  Accordingly, we deny
relator=s petition for writ of mandamus. 








 

PER CURIAM

 

Petition Denied and Memorandum
Opinion filed April 26, 2007.

Panel consists of Chief Justice
Hedges and Justices Fowler and Edelman.